# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1621
_____

TRACY and CHRISTOPHER
JOHNSTON,

     Appellants,

     v.

LEON COUNTY SCHOOL BOARD
and WALT MCNEIL, in his official
capacity as Sheriff, Leon
County, Florida,

     Appellees.

_____

On appeal from the Circuit Court for Leon County.
James L. Marsh, Judge.

January 30, 2026

PER CURIAM.

     AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley N. Richardson and Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellants.

Deborah S. Minnis and Magdalena Ozarowski of Ausley & McMullen, P.A., Tallahassee, for Appellee Leon County School Board; Ramsey Revell of Andrews, Crabtree, Knox & Longfellow, LLP, Tallahassee, for Appellee Walt McNeil, in his official capacity as Sheriff, Leon County, Florida.